# IN THE SUPREME COURT OF THE STATE OF NEVADA

RHENETTA BELCHER-BEY,
                Appellant,
            vs.
THE STATE OF NEVADA,
                Respondent.

No. 70791

**FILED**

SEP 21 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Rob Bare, District Judge
       Rhenetta Belcher-Bey
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-29332